IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE AYALA, SR.,**<br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**TASTY BAKING COMPANY; LOCAL NO. 6, BAKERY, CONFECTIONARY, TOBACCO WORKERS AND GRAIN MILLERS INTERNATIONAL UNION; JACK GARRETT; CHRISTINE JOHNSON; and HALEY ANGELINE,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-3849** |

## ORDER

**AND NOW**, this 23rd day of May, 2023, upon consideration of Defendant Local No. 6, Bakery, Confectionery, Tobacco Workers and Grain Millers International Union's ("Local 6") Motion to Dismiss Plaintiff's Second Amended Complaint (ECF Nos. 25, 31) and Plaintiff's response thereto (ECF No. 29), **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.

Counts I to VI of Plaintiff's Second Amended Complaint are **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**