IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE AYALA, SR.,**<br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**TASTY BAKING COMPANY, and**<br>**LOCAL 6 BAKERY CONFECTIONERY**<br>**AND TOBACCO WORKERS**<br>**INTERNATIONAL,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-3849** |

## ORDER

**AND NOW**, this 10th day of January, 2024, upon consideration of Defendant Tasty Baking Company's Motion to Disqualify Plaintiff's Counsel (ECF No. 44) and all responses and replies thereto (ECF Nos. 45, 50), it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.

It is **FURTHER ORDERED** that the question of whether Plaintiff's Counsel Seth Carson violated Pennsylvania Rule of Processional Conduct 1.8(c) in connection with actions described in the opinion accompanying this order is **REFERRED** to the Disciplinary Committee for the Eastern District of Pennsylvania.

　　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Wendy Beetlestone*
　　　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**