IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE AYALA, SR.,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**TASTY BAKING COMPANY, and**<br>**LOCAL 6 BAKERY CONFECTIONERY**<br>**AND TOBACCO WORKERS**<br>**INTERNATIONAL,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-3849** |

## ORDER

**AND NOW**, this 21st day of August, 2024, upon consideration of Defendants' Motion to Exclude the Testimony of Dr. Noa Glick (ECF No. 61); Defendants' Motion for Summary Judgment (ECF No. 62), as well as Plaintiff's responses thereto (ECF Nos. 72, 73); and, Defendants' Motion to Strike Plaintiff's Opposition to Summary Judgment, as well as all responses and replies thereto (ECF Nos. 78, 79, 80), it is **HEREBY ORDERED** that:

1. Defendants' Motion to Exclude the Testimony of Dr. Noa Glick (ECF No. 61) is **GRANTED**.

2. Defendants' Motion to Strike Plaintiff's Opposition to Summary Judgment is **GRANTED**.

3. Defendants' Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Count I:  **DENIED** as to Plaintiff's Section 1981 claim for hostile work environment related to race, and **GRANTED** in all other respects;

    b. Count II:  **DENIED** as to Plaintiff's Title VII claim for hostile work environment related to race, and **GRANTED** in all other respects;

    c. Count III (Title VII retaliation) – **GRANTED**;

    d. Count IV (ADA disability discrimination and failure to accommodate) – **GRANTED**;

e. Count V (ADA retaliation) – **GRANTED**;

f. Count VI (FMLA interference and retaliation) – **GRANTED**;

                              **BY THE COURT:**

                              /s/Wendy Beetlestone, J.

                              **WENDY BEETLESTONE, J.**